# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
T: 973.993.8100 | F: 973.425.0161
MDMC-LAW.COM

---

RANDI F. KNEPPER, ESQ.
(973) 565-2033
rknepper@mdmc-law.com

March 7, 2022

**VIA ECF**
Paul A. Crotty, U.S.D.J.
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*[Handwritten annotation:]* 3/8/22. The request to adjourn the conference is Granted. MetLife may respond to plaintiff's written request for discovery up to April 5, 2022. So ordered. Paul A. Crotty USDJ

Re: Amy Cox v. Metropolitan Life Insurance Company
Civil Action No.: 1:21-cv-7393 (PAC)

Dear Judge Crotty:

Our firm represents Metropolitan Life Insurance Company ("MetLife") in connection with the above named matter. We would appreciate Your Honor accepting this letter as a joint request that the status conference scheduled for March 22, 2022, at 11:45 a.m. be adjourned until after mediation, and that MetLife be permitted through April 5, 2022, to respond to Plaintiff's written request for discovery.

This is the first request for an extension. This is a joint request and consequently, it is with the consent of Hudson Ellis, Esq., counsel for Plaintiff Amy Cox. The reason for the requested adjournment is the parties have agreed to mediate this matter with Scott Maker, Esq. on March 22, 2022, the date of the status conference. Counsel for the parties agree that trying to settle this action