**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
**1300 Mount Kemble Avenue**
**P.O. Box 2075**
**Morristown, New Jersey 07962**
**(973) 565-2033**
**(973) 425-0161**
**Attorneys for Defendant**
**Metropolitan Life Insurance Company**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF** *New York*

| | |
|---|---|
| AMY COX,<br><br>                    Plaintiff,<br><br>        v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY,<br><br>                    Defendant. | Civil Action No.:  1:21-cv-7393 (PAC) |

**CIVIL ACTION – CONSENT ORDER OF DISMISSAL**

**THIS MATTER** having been opened to the Court upon the joint application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendant Metropolitan Life Insurance Company, and Eric Buchanan & Associates, attorneys for Plaintiff Amy Cox, and the Court having been apprised that the parties hereto have reached a full and final resolution and settlement of this civil action and having been further apprised that the parties desire to dismiss with prejudice and this civil action, however, providing for the retention of jurisdiction for the purpose of enforcing the settlement, if necessary, and the Court having reviewed and considered all pleadings and proceedings in this matter to date, and good cause having existed for the entry of the within Order;

IT IS ON THIS _____ day of _____, 2022;

**ORDERED** that this civil action be and the same hereby is dismissed with prejudice and without attorneys' fees or costs assigned to either party.

_____
Hon. Paul A. Crotty, U.S.D.J.

The undersigned hereby consent to the form, content and entry of the within Order of Dismissal:

ERIC BUCHANAN & ASSOCIATES
Attorneys for Plaintiff
Amy Cox

By: _____
Hudson T. Ellis, Esq.

McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Attorneys for Defendant
Metropolitan Life Insurance Company

By: _____
Randi F. Knepper, Esq.

4590156_1.docx

2